UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYWEB INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BITPAY, INC., <br><br> Defendant. | No. 24-CV-8582 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

An initial conference was previously scheduled in this matter for January 17, 2025. Due to a scheduling conflict, the conference is hereby rescheduled to January 16, 2025 at 3:30 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-in Number: (855) 244-8681; Meeting ID: 23055424735.

All other deadlines provided in the Court's November 14, 2024 Order (Doc. No. 8) remain the same. Plaintiff is ordered to serve Defendant with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    January 3, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge