UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                   :

EASYWEB INNOVATIONS, LLC,             :

                           :

                   Plaintiff,      :

                           :          24-CV-08582 (JAV)

          -v-                 :

                           :             <u>ORDER</u>

BITPAY, INC.,                       :

                           :

                 Defendant.    :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated January 10, 2025, ECF No. 10, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, attached as an exhibit to the joint letter, the contents of which are described therein, by January 21, 2025. To date, the parties have not filed these required documents.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, January 27, 2025 at the close of business.**

      SO ORDERED.

Dated: January 27, 2025               _____
      New York, New York             JEANNETTE A. VARGAS
                                   United States District Judge