

| | Calvin Wingfield<br>+1 202 346 4117<br>cwingfield@goodwinlaw.com | Goodwin Procter LLP<br>1900 N St. NW<br>Washington, 20036<br>+1 202 346 4000 |
|---|---|---|

January 27, 2025

**MEMO ENDORSED**

<u>VIA ECF</u>
Judge Jeannette A. Vargas
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:     <u>EasyWeb Innovations, LLC v. BitPay, Inc., No. 1:24-cv-08582-JAV</u>

Dear Judge Vargas:

The undersigned represents Defendant BitPay, Inc. ("BitPay") in the above-captioned action and writes on the parties' behalf to respectfully request an adjournment of the Initial Scheduling Conference scheduled to occur on January 28.

BitPay has not yet filed its response to the Complaint and the parties are exploring a resolution to this matter. The parties respectfully request an adjournment of the January 28 scheduling conference until such time that BitPay files a response to the Complaint. Counsel for Defendant attempted to contact counsel for Plaintiff about adjourning the scheduling conference on January 16, 23, and 27. Counsel for Plaintiff responded the afternoon of January 27 indicating that it consents to the motion requesting adjournment of the January 28 scheduling conference.

This is the parties' first request for adjournment or extension of any dates in this matter. Plaintiff consents to this request. The parties do not have any other appearances scheduled before the Court.

The conference scheduled for tomorrow is adjourned to February 25, 2025 at 2:00pm in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel is reminded that requests for adjournment must be submitted 48 hours in advance of the hearing pursuant to the Court's Individual Rule 3(e).

SO ORDERED.

Date: 1/27/2025

*Jeannette Vargas*
HON. JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

<u>/s/ Calvin Wingfield</u>
Calvin Wingfield
Amadou K. Diaw (*Pro Hac Vice to be filed*)
**Goodwin Procter LLP**
1900 N St. NW
Washington, DC 20036
202 346-4000
cwingfield@goodwinlaw.com
adiaw@goodwinlaw.com